MICHELE BECKWITH
Acting United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:25-CR-00060-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| ASUNCION QUINTERO., | |
| Defendant. | |

**BACKGROUND**

This case initiated via the filing of an information.  Dkt. 1.  The executed plea agreement and waiver of indictment was filed as well. Dkt. 2 – 4.  The parties are prepared to proceed to an arraignment on the information and hereby move to set a hearing for August 11, 2025 at 9:00 a.m.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate and request the Court issue an Order setting an arraignment and change of plea hearing for August 11, 2025 at 9:00 a.m.

IT IS SO STIPULATED.

Dated: May 14, 2025                    PHILLIP A. TALBERT
                                                                United States Attorney

                                                                /s/ KIMBERLY A. SANCHEZ
                                                                KIMBERLY A. SANCHEZ
                                                                Assistant United States Attorney

Dated: May 14, 2025                    /s/ PRECILIANO MARTINEZ
                                                                PRECILIANO MARTINEZ
                                                                Counsel for Defendant
                                                                ASUNCION QUINTERO.

## FINDINGS AND ORDER

IT IS SO ORDERED.

Dated:  **May 14, 2025**                    _____
                                                                        UNITED STATES DISTRICT JUDGE