# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>ASUNCION QUINTERO,<br><br>  Defendant. | MAY 23 2025<br><br>CLERK U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>DEPUTY CLERK<br><br>CR NO: 1:25-CR-00060 JLT-SKO |

**FILED** MAY 23 2025

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum   ☐ Ad Testificandum

Name of Detainee: Asuncion Quintero
Detained at: Madera County Jail
Detainee is:   a.) ☒ charged in this district by:   ☐ Indictment  ☒ Information  ☐ Complaint
              charging detainee with: 21 USC Section 843(b)
       or    b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:  a.) ☐ return to the custody of detaining facility upon termination of proceedings
        or    b.) ☒ be retained in federal custody until final disposition of federal charges.

**Appearance is necessary August 11, 2025, at 9 am in the Eastern District of California.**

Signature: /s/ Kimberly A. Sanchez
Printed Name & Phone No: Kimberly A. Sanchez, 559-497-4000
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum   ☒ Ad Testificandum

The above application is granted and the above-named custodian, as well as any Federal Agent for this district, is hereby ORDERED to produce the named detainee, **on August 11, 2025**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: 5/23/25

Honorable Erica P. Grosjean
U.S. MAGISTRATE JUDGE

---

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | Asuncion Valdez Quintero | ☒ Male  ☐ Female | |
| Booking or CDC #: | 2300019140 | DOB: | 05/07/1984 |
| Facility Address: | Madera County Jail, 14191 Road 28 | Race: | White |
| Facility Phone: | 559-675-7951 | FBI#: | 55204LC6 |
| Currently | In Custody | | |

## RETURN OF SERVICE

Executed on: _____    _____
                                            (signature)