ERIC GRANT
United States Attorney
KIMBERLY A. SANCHEZ
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ASUNCION QUINTERO<br><br>Defendants. | CASE NO. 1:25-CR-00060-JLT<br><br>STIPULATION AND ORDER TO EXCLUDE TIME |
|---|---|

IT IS HEREBY STIPULATED by and between the parties that time is excluded through Change of Plea on August 25, 2025.

1. On August 11, 2025, defendant appeared for initial arraignment and change of plea. The change of plea was continued to give defendant time to consult with counsel.
2. In order for defendant to have time to consult with his attorney, as well as for defense preparation for the change of plea, the parties stipulate that time under the Speedy Trial Act can be excluded through the reset change of plea on August 25, 2025.
3. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Stipulation

1

Dated: August 12, 2025                                Respectfully submitted,

                                                         ERIC GRANT
                                                         United States Attorney

                                        By   /s/ Robert L. Veneman-Hughes
                                                 ROBERT L. VENEMAN-HUGHES
                                                 Assistant United States Attorney

Dated: August 12, 2025                                /s/ Preciliano Martinez
                                                         PRECILIANO MARTINEZ
                                                        Attorney for Defendant
                                                         ASUNCION QUINTERO

**ORDER**

IT IS SO ORDERED that the time be excluded through August 25, 2025, for the reasons set forth above.

IT IS SO ORDERED.

Dated:   **August 12, 2025**

UNITED STATES DISTRICT JUDGE

Stipulation                                                     2